Manuel KAPLAN; Carol Kaplan; MK Investments, Inc., Appellants,

v.

FIRST OPTIONS OF CHICAGO, INC., Appellee.

No. 92–1814.

United States Court of Appeals, Third Circuit.

June 29, 1994.

Present: BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH and LEWIS, Circuit Judges.

The petition for rehearing filed by appellee in the above captioned matter having been submitted to the judges who participated in the decision of this court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is denied.

By the Court,

/s/ William D. Hutchinson
WILLIAM D. HUTCHINSON,
Circuit Judge

DATED: June 29, 1994